IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 04-192-E |
| | ) | |
| REAL PROPERTY KNOWN AND NUMBERED AS 12171 BLAIR STREET, CONNEAUT LAKE, PENNSYLVANIA 16316, including all improvements, fixtures, and appurtenances thereto or therein, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| KHANG NGUYEN and TU L. NGUYEN, | ) | |
| | ) | |
| Claimants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 04-351-E |
| | ) | |
| 2003 HONDA PILOT VIN # 2HKYF18563H600150, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| KHANG NGUYEN, | ) | |
| | ) | |
| Claimant. | ) | |

<u>O R D E R</u>

Complaints in forfeiture were filed in the above captioned related matters on July 9, 2004 at Civil Action No. 04-192-E and on December 3, 2004 at Civil Action No. 04-351-E. Proofs of Public of Advertising were filed and verified claims were filed by Khang Nguyen and Tu L. Nguyen at Civil Action No. 04-192-E and by Khang Nguyen at Civil Action No. 04-351-E.

Accordingly, the following Order is entered.

AND NOW, to-wit, this 16th day of February, 2006, a Hearing on Forfeiture will be held before this Court on _MARCH 22_, 2006, at _1:30 p.m._, Courtroom A, Federal Courthouse, Erie, Pennsylvania.

                                                                     */s/ Maurice B. Cohill, Jr.*
                                                                     Maurice B. Cohill, Jr.
                                                                     Senior United States District Judge

cc/ecf:    Asst. U.S. Atty. Mary McKeen Houghton
             Gary E. Gerson, Esquire