IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 04 - 192E |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 12171 BLAIR STREET, ) | |
| CONNEAUT LAKE, PENNSYLVANIA ) | |
| 16316, including all improvements, ) | |
| fixtures, and appurtenances ) | |
| thereto or therein, ) | |
| ) | |
| Defendant ) | |

**JOINT MOTION TO ESTABLISH DISCOVERY PERIOD**

AND NOW come the United States of America, Khang Nguyen and Tu L. Nguyen, by and through their respective counsel, and respectively represent as follows:

1. The parties will have until July 31, 2006, within which to conduct discovery and settlement negotiations.

2. Upon expiration of the discovery period, the parties shall report to the court on the status of their discovery and settlement negotiations.

3. This Stipulation is subject to the approval of the Court.

WHEREFORE, the United States of America, Khang Nguyen and Tu L. Nguyen respectfully request that this Honorable Court order that the parties have until July 31, 2006, within which to conduct discovery.

Mary Beth Buchanan
United States Attorney

By:   s/ Mary McKeen Houghton
      Mary McKeen Houghton                    Gary E. Gerson, Esquire
      Assistant U.S. Attorney                 Attorney for Khang Nuguyen
      Suite 4000, U.S. Courthouse              and Tu L. Nguyen
      700 Grant Street
      Pittsburgh, PA 15219
      (412) 894-7370
      PA ID# 31929