3. This Stipulation is subject to the approval of the Court.

WHEREFORE, the United States of America, Khang Nguyen and Tu L. Nguyen respectfully request that this Honorable Court order that the parties have until October 31, 2006, within which to conduct discovery.

Mary Beth Buchanan
United States Attorney

By: *(signature)*
Assistant U.S. Attorney
Suite 4000, U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
(412) 894-7370
PA ID #31929

*(signature)*
Attorney for Khang Nguyen and
Tu L. Nguyen