IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>REAL PROPERTY KNOWN AND )<br>NUMBERED AS 12171 BLAIR STREET, )<br>CONNEAUT LAKE, PENNSYLVANIA )<br>16316, including all improvements, )<br>fixtures, and appurtenances )<br>thereto or therein, )<br>)<br>)<br>Defendant ) | Civil Action No. 04 - 192E |

## ORDER OF COURT

AND NOW, this ___2nd___ day of ___August___, 2006, it is hereby,

ORDERED, ADJUDGED and DECREED that the forgoing stipulation is approved, the specific terms of which are incorporated in their entirety into this order and that the parties shall have until October 31, 2006, within which to conduct discovery and settlement negotiations. The hearing scheduled for October 2, 2006 at 9:00 A.M. is continued until further order of court.  NO FURTHER EXTENSIONS WILL BE GRANTED.

s/Maurice B. Cohill, Jr.
J.