4. The Clerk shall mark this case administratively closed.

5. This Stipulation is subject to the approval of the Court.

With the intent to be legally bound hereby, the undersigned execute this Stipulation this

____ day of _____, 2006.

Mary Beth Buchanan
United States Attorney

By: _____          _____
Mary McKeen Houghton                Gary E. Gerson, Esquire
Assistant U.S. Attorney             Attorney for Khang Nuguyen
Suite 4000, U.S. Courthouse         and Tu L. Nguyen
700 Grant Street
Pittsburgh, PA 15219
(412) 894-7370
PA ID# 31929