dues, contracts, judgments, damages, claims and/or demands which Khang Nguyen, or his heirs or assigns, now have or may hereafter acquire against the United States, its agents, assigns, employees and servants, with regard to the right of Khang Nguyen to file a claim and answer in this case, to any and all defenses of Khang Nguyen to the forfeiture of the Defendant Property, to any and all right, title and/or interest of Khang Nguyen in the Defendant Property, and/or to any matters relating to the subject matter of the complaint and/or the forfeiture arrest of the Defendant Property.

6. The terms set forth herein are intended as a final expression of the Stipulation as agreed by the undersigned parties and may not be contradicted by evidence of any prior agreement or by any contemporaneous oral agreement. This Stipulation may not be explained or supplemented by evidence of additional terms, nor may this Stipulation be modified, except by written instrument executed by the United States, Tu L. Nguyen and Khang Nguyen.

7. This Stipulation is subject to the approval of the United States District Court.

With the intent to be legally bound hereby, the undersigned execute this Stipulation this 23rd day of May, 2007:

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

By: *Mary McKeen Houghton*
Mary McKeen Houghton
Assistant U.S. Attorney
U.S. Post Office & Courthouse
Suite 4000
Pittsburgh, PA 15219
(412) 894-7370
PA ID #31929

*Gary E. Gerson*
Gary E. Gerson, Esquire
Attorney for Tu L. Nguyen and
Khang Nguyen