IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  04-192 E |
| ) | |
| REAL PROPERTY KNOWN AND ) | |
| NUMBERED AS 12171 BLAIR STREET, ) | |
| CONNEAUT LAKE, PENNSYLVANIA ) | |
| 16316, including all improvements, ) | |
| fixtures, and appurtenances ) | |
| thereto or therein. ) | |
| ) | |
| Defendant. ) | |

## O R D E R

AND NOW, this _____ day of _____, 2007, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated by reference in its entirety into this Order.

_____
J.