IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-192 E |
| | ) |
| REAL PROPERTY KNOWN AND | ) |
| NUMBERED AS 12171 BLAIR STREET, | ) |
| CONNEAUT LAKE, PENNSYLVANIA | ) |
| 16316, including all improvements, | ) |
| fixtures, and appurtenances | ) |
| thereto or therein. | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this **24th** day of **May**, 2007, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated by reference in its entirety into this Order.

*Maurice B. Cohill, Jr.*
J.