IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>REAL PROPERTY KNOWN AND )<br>NUMBERED AS 12171 BLAIR STREET, )<br>CONNEAUT LAKE, PENNSYLVANIA )<br>16316, including all improvements, )<br>fixtures, and appurtenances )<br>thereto or therein, )<br>)<br>Defendant ) | Civil Action No. 04-192E |

## ORDER OF COURT

AND NOW, this _15th_ day of _February_, 2008, it is hereby ORDERED, ADJUDGED and DECREED that the United States Marshals Service is authorized to sell, by interlocutory sale, the defendant real property located at 12171 Blair Street, Conneaut Lake, PA 16316 (the 12171 Blair Street Property) to Raymond Edge and Diane Edge (the "purchasers"), husband and wife, for the price of $75,000 pursuant to the agreement of sale attached to the government's motion as Exhibit A. The interlocutory sale will be "as-is" and will be free and clear of all of the forfeiture rights of the United States.

It is further ORDERED that the United States Marshals Service will transfer the defendant property "as-is" by special warranty deed to the purchasers. The United States Marshals Service is hereby appointed as attorney in fact for Tu L. Nguyen and Khang Nguyen with full authority to execute a special warranty deed to the purchasers. Title shall pass directly from the current title holders, Tu L. Nguyen and Khang Nguyen, to the purchasers. The United States will not be in the

chain of title with regard to the sale of the 12171 Blair Street Property.

It is further ORDERED that the net sales proceeds, after payment of the real estate commissions, taxes, mortgage and judgment liens of record prior to the United States' filing of its lis pendens, and other valid charges against the 12171 Blair Street Property at time of closing, shall be disbursed as follows:

(1) 50% of the net sale proceeds are hereby forfeited to the United States free and clear of all right, title and interest of any person or entity; and

(2) the United States Marshals Service shall pay Tu L. Nguyen the remaining 50% of the net sales proceeds.

*Maurice B. Cohill, Jr.*
United States District Judge